## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOSEPH BARILE** | ) | |
| | ) | |
| **PlaintiffRelator,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-00228 (RCL)** |
| | ) | |
| **ASTRAZENCA PHARMACEUTICALS** | ) | |
| **LP,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

Plaintiff filed a Complaint with the Clerk of this Court on January 31, 2007. Under Local Rule 5.1(e), "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." LCvR 5.1(e). "Failure to provide the address information within 30 days upon filing may result in the dismissal of the case against the defendant." *Id.*

The Complaint filed by Plaintiff did not provide plaintiff's residence address in the caption. Accordingly, the Court wishes to advise Plaintiff that it must provide within 30 days upon filing the Complaint the appropriate address for Plaintiff, in accordance with the Local Rules of this jurisdiction. If Plaintiff fails to do so, the Court may be forced to dismiss the case against the defendants.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 2, 2007.