# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH BARILE,<br><br>    Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS LP<br>1800 Concord Pike<br>Wilmington, Delaware  19803<br><br>ASTRAZENECA LP<br>1800 Concord Pike<br>Wilmington, Delaware  19803<br><br>and<br><br>ZENECA, INC.<br>1800 Concord Pike<br>Wilmington, Delaware  19803<br><br>    Defendants. | Case No. 1:07-0228-RCL |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF
ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, AND ZENECA INC.**

      The undersigned counsel of record for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. certify, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of this Court, that AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. are wholly-owned subsidiaries of AstraZeneca PLC, a United Kingdom corporation.  American Depository Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.  This certification is made in order that the judges of this Court may determine the need for recusal.

Case No. 1:07-0228-RCL

May 9, 2007

Respectfully submitted,

/s/  Frank R. Volpe (D.C. Bar No. 458791)
Rebecca K. Wood (D.C. Bar No. 473616)
Richard H. Menard Jr. (D.C. Bar No. 483059)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facisimile:  (202) 736-8711
E-mail:     fvolpe@sidley.com
            rwood@sidley.com
            rmenard@sidley.com

Of Counsel:
Michael W. Davis
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
Facisimile:  (312) 853-7036
E-mail:     mdavis@sidley.com

*Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc.*

Case No. 1:07-0228-RCL

## CERTIFICATE OF SERVICE

I certify that on May 9, 2007, I electronically filed the foregoing Disclosure of Corporate Affiliations and Financial Interests of AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Inc. using the CM/ECF system, and sent the foregoing document and the notice of electronic filing by first-class mail to counsel for plaintiff, Kenneth W. Smith, 4400 Bayou Boulevard, Pensacola, Florida 32503.

/s/  Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000
Facisimile:  (202) 736-8711
E-mail:     fvolpe@sidley.com