UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH BARILE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00228 (RCL) |
| ) | |
| ASTRAZENECA ) | |
| PHARMACEUTICALS LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants, Astrazeneca Pharmaceuticals, LP, Astrazeneca LP, and Zeneca, Inc., have filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 9, 2007.