UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH BARILE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-228 (RCL) |
| ) | |
| ASTRAZENECA ) | |
| PHARMACEUTICALS LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In light of the Conditional Transfer Order (CTO-26) issued by the Judicial Panel on Multidistrict Litigation on May 21, 2007, the Court's Order [6] that the parties meet and confer is hereby stayed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 4, 2007.